AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
## for the
### Western District of New York

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Case No. 19-MJ-667 |
| ) | |
| JEFFREY MARTIN ) | |
| ) | |
| _____ | |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JEFRREY MARTIN, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment    ☐ Superseding Indict    ☐ Information    ☐ Superseding Information    ☒ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

the defendant did violate Title 18, United States Code, Section 2251(a) by knowingly employing, using, persuading, inducing, enticing or coercing a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct with that visual production being produced using materials that had been mailed, shipped or transported in or affecting interstate or foreign commerce; and, did violate Title 18, United States Code, Section 2252A(a)(2)(A)&(B) by knowingly distributing child pornography that had been transported in and affecting interstate or foreign commerce by computer; and did violate Title 18, United States Code, Section 2252A(a)(5)(B) by knowingly possessing material that contained an image of child pornography, that was produced using materials that had been transported in interstate or foreign commerce.

Date: 7/26/19

City and state: Rochester, New York

*Issuing officer's signature*

Hon. Jonathan W. Feldman, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/26/19, and the person was arrested on *(date)* 7/29/19 at *(city and state)* Elmira, NY.

Date: 7/29/19

*Arresting officer's signature*

Christina Peklak-Scott / SA
*Printed name and title*